# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED NOVEMBER 25, 2015

---

## NO. 03-14-00661-CV

---

**Devvy Kidd; John Kidd; M.J. Shadden; John Cole; R.M. Dailey; Tracy Stephens; Patricia Stroyick; Dorothy Morrow; Charles Morrow; Amy Williams; David Williams; Norman Kuehn; Elizabeth Theiss; Rebecca Gutierrez; Marie Nugent; Steve G. Crutchfield; Linda A. Crutchfield; Kendall C. Palmer; M.A. Kirk; Kaydene Jordan; Bobby Jordan; Tom Brazen; David J. Allen; Patt Allen; David Scot Houlette; Denis Lullenkamp; Kathy Lullenkamp; China Lanier; Donna Lee Wilson; Julia Nathan, M.D.; Giselle Ellis; Gerald Sawyer; Beverely Hickman; Thomas Hickman; Cindy Carriger; Deborah Wiseman; Newly Sage; Russell Sage; Beth Biesel; Lacy Crary; Dardine Roedel; Harold Boenig; Joyce Kelley; Brenda Denholm; Michael Denholm; Mark Atkins; Robert Paul; Thelma Taormina; Nick Taormina; Sherman Rogers; Judy Chambers; Wayne Chambers; Jeffrey Emrich; Jill Freidman; Dolores Bolock; Bruce Bolock; Jackqulyn Bodenstedt; Twyla Parsons; Amanda M. Voelkel; Michelle T. Voelkel; Nell Reynolds; Stanley Reynolds; Katrina Evenhouse; Randall Evenhouse; Patricia Ignazio; Joseph Ignazio; Gina Gentile; James Gentile; John Tyson; Steve Gagnon; Thomas Bailey; Alfreda Ballard; James Benge; Linda Rund; Frank Harriss; Sam Harris; Lysbeth Warneke; Ralph Shawver; Shelley McCoy; Brian Dansby; Mo Bond; David Bond; John Buffa; Melissa Gochnour; Jeffrey Gochnour; Amy Watkins; Donald Anderson; Carol Dean; Michelle Guy; Terry Guy; Evelyn Montalvo; Abel Montalvo; Gay Armstrong; Dave Armstrong; Diane Wilson; John Wilson; Beatrice Worley; Lawrence Worley; Eva Finegan; Patti Glass; Ken Glass; Dagne Florine, Ph.D.; Cynthia Wilkes; Michael Wilkes; Lolly Nayola; John Tweedell; Carolynne Tweedel; Marita Segal; Howard Segal; Rita Trauth; Dr. Christopher Trauth; Toni White; Janice Pearson; Ricky Pearson; JoAnn Louise Zant; Nathan Lloyd Zant; Hoi Heldt; Rochelle Wilkes; Corey Wilkes; Daryl Hampton; Kathleen Grimes; Brian Grimes; Cindy Schafer; Mary Stayton; Ellen Mickle; Ingrid Stassi; Joe Stassi; Gaye Haehnel; Billy Haehnel; Erin Konkel; Nancy Lochridge; Byron Lockridge; Gemi Powell; and Gregory Johnson, Appellants**

v.

**Texas Public Utility Commission, AEP Texas Central Company, AEP Texas North Company, CenterPoint Energy Houston Electric, LLC, Texas-New Mexico Power Company, and Oncor Electric Delivery Company, LLC, Appellees**

---

## APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on September 30, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.